IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARBLEGATE ASSET MANAGEMENT, LLC, MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND, L.P., MAGNOLIA ROAD CAPITAL LP, and MAGNOLIA ROAD GLOBAL CREDIT MASTER FUND L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> EDUCATION MANAGEMENT CORPORATION, EDUCATION MANAGEMENT LLC, and EDUCATION MANAGEMENT FINANCE CORP., <br><br> Defendants. | Civil Action No. 14 Civ. 08584 (KPF) |

## DECLARATION OF JAMES W. BURKE IN SUPPORT OF THE OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION OF THE STEERING COMMITTEE FOR THE AD HOC COMMITTEE OF TERM LOAN LENDERS OF EDUCATION MANAGEMENT LLC

I, James W. Burke, hereby declare as follows under penalty of perjury:

1. I am an associate at the law firm of Milbank, Tweed, Hadley & McCloy LLP, attorneys for the Steering Committee for the Ad Hoc Committee of Term Loan Lenders of Education Management LLC (the "Steering Committee") in the above-captioned matter. I respectfully submit this declaration in support of the Steering Committee's Opposition to Plaintiffs' Motion for a Preliminary Injunction. This declaration is based on my own personal knowledge and knowledge acquired in the course of representing the Steering Committee in this matter.

2. I hereby testify that the following exhibits are true and correct copies of the respective documents:

a. Attached hereto as <u>Exhibit A</u>, Amendment Agreement, dated September 5, 2014, including Third Amended and Restated Credit and Guaranty Agreement, dated September 5, 2014, which is attached as Annex A.

b. Attached hereto as <u>Exhibit B</u>, Pledge and Security Agreement, dated June 1, 2006.

c. Attached hereto as <u>Exhibit C</u>, Confidential Offering Circular, dated February 1, 2013.

d. Attached hereto as <u>Exhibit D</u>, Quarterly Report of Education Management Corporation (Form 10-Q), dated May 8, 2014.

e. Attached hereto as <u>Exhibit E</u>, Current Report of Education Management Corporation (Form 8-K), dated May 1, 2014.

f. Attached hereto as <u>Exhibit F</u>, Waiver to Second Amended and Restated Credit and Guaranty Agreement, dated June 23, 2014.

g. Attached hereto as <u>Exhibit G</u>, Current Report of Education Management Corporation (Form 8-K), dated October 30, 2014.

h. Attached hereto as <u>Exhibit H</u>, excerpts from American Bar Foundation, *Commentaries on Model Debenture Indenture Provisions 1965* (1971).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2014

James W. Burke