

# Exhibit #11

| From: | Richard Kearney |
|---|---|
| To: | Andrew Milgram; Paul Arrouet |
| BCC: | andrew__m1at__marblegate.com@ems-1.activemailbox.net; paul__m1at__marblegate.com@ems-1.activemailbox.net; richard__m1from__marblegate.com@ems-1.activemailbox.net |
| Sent: | 9/14/2012 4:15:46 PM |
| Subject: | RE: NorthAm Roundup: (DW) Education Management earnings slump threatens covenant compliance, refinancing prospects |

Summary of earnings from latest release and general industry pressure on legal/regulatory issues. At the end it states the obvious that a refinancing becomes more complicated by the low bond price.

From: Andrew Milgram
Sent: Friday, September 14, 2012 3:36 PM
To: Richard Kearney; Paul Arrouet
Subject: Re: NorthAm Roundup: (DW) Education Management earnings slump threatens covenant compliance, refinancing prospects

Hard to rad on my bb. Give me the summary pls.

---

From: Richard Kearney
To: Andrew Milgram; Paul Arrouet
Sent: Fri Sep 14 15:34:16 2012
Subject: FW: NorthAm Roundup: (DW) Education Management earnings slump threatens covenant compliance, refinancing prospects
Pdf attached

From: Debtwire US Alert [mailto:info@debtwire.com]
Sent: Friday, September 14, 2012 3:27 PM
To: Richard Kearney
Subject: NorthAm Roundup: (DW) Education Management earnings slump threatens covenant compliance, refinancing prospects

View these articles on your BlackBerry on Debtwire Mobile at http://mobile.debtwire.com/us.
[http://us.debtwire.com/images_edition/us/logo_site_debtwire_small.gif]<http://us.debtwire.com>

This is your e-mail from debtWIRE generated by your alert: NorthAm Roundup
Services (other)

14/09/2012 (DW) Education Management earnings slump threatens covenant compliance, refinancing prospects<http://us.debtwire.com/common/ho.aspx?e=104&a=833177&i=3739683&d=20120914&s=1441309>

help@debtWIRE.com<mailto:help@debtWIRE.com?subject=Alert%20Profile>

---

IMPORTANT: This e-mail contains information protected by copyright which can only be used in accordance with the terms of your Debtwire subscription agreement. You must not therefore copy or forward this e-mail, its contents, or any contents on the password-protected Debtwire website to anyone who is not an employee of the subscriber organisation. (Your subscription agreement explains how you can use contents for reports and presentations.) UNAUTHORISED USE OR DISCLOSURE IS UNLAWFUL.

Unsubscribe <http://us.debtwire.com/unsubscribe.asp?uapguid=1F5DFC6C-715F-4840-8140-7BB819F118DA&upguid=989609C8-D2E7-4D0F-9336-26CE846D3F97>

[2.3.03.000-1.0.3.5]

---

The information contained in this email message is confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us and destroy the original message. This communication is for informational purposes only and does not constitute a solicitation or offer to buy or sell securities or any other financial instrument. To the extent that performance information is contained herein, please note that past performance is not necessarily indicative of future returns. Thank you.

The information contained in this email message is confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us and destroy the original message. This communication is for informational purposes only and does not constitute a solicitation or offer to buy or sell securities or any other financial instrument. To the extent that performance information is contained herein, please note that past performance is not necessarily indicative of future returns. Thank you.

The information contained in this email message is confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us and destroy the original message. This communication is for informational purposes only and does not constitute a solicitation or offer to buy or sell securities or any other financial instrument. To the extent that performance information is contained herein, please note that past performance is not necessarily indicative of future returns. Thank you.