UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

MARBLEGATE ASSET MANAGEMENT, LLC, :
MARBLEGATE SPECIAL OPPORTUNITIES :
MASTER FUND, L.P., MAGNOLIA ROAD :
CAPITAL LP, and MAGNOLIA ROAD GLOBAL :
CREDIT MASTER FUND L.P., :
:
                Plaintiffs, :      14 Civ. 8584 (KPF)
:
             v. :
:
EDUCATION MANAGEMENT CORP., :
EDUCATION MANAGEMENT LLC, and :
EDUCATION MANAGEMENT FINANCE :
CORP., :
:
                Defendants. :

------------------------------------------------------------------ x

## NOTICE OF APPEAL

Please take notice that, pursuant to 28 U.S.C. § 1291, all defendants in the above captioned action hereby appeal to the United States Court of Appeals for the Second Circuit from this Court's Opinion and Order dated June 23, 2015, and this Court's Judgment dated June 25, 2015.

Dated:  July 2, 2015
         New York, New York

|  |  |
|---|---|
| | Respectfully submitted, |
| *Of Counsel*: | WACHTELL, LIPTON, ROSEN & KATZ |
| John F. Lynch<br>Alexander B. Lees | /s/ Emil Kleinhaus<br>Emil A. Kleinhaus<br>51 West 52nd Street<br>New York, New York  10019<br>Telephone:  (212) 403-1000<br>Facsimile:  (212) 403-2000 |
| | *Attorneys for Defendants Education Management Corp., Education Management LLC, and Education Management Finance Corp.* |

To:

Sean E. O'Donnell
Lucy C. Malcolm
AKIN GUMP STRAUSS
HAUER & FELD LLP
One Bryant Park
New York, New York  10036
Telephone: (212) 872-1093
Facsimile: (212) 872-1002

*Attorneys for Plaintiffs Marblegate Asset Management, LLC, and Marblegate Special Opportunities Master Fund, L.P.*

Antonia M. Apps
MILBANK, TWEED, HADLEY
& MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York  10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Attorneys for the Steering Committee for the Ad Hoc Committee of Term Loan Lenders of Education Management LLC*